THOMAS KANNELLOS v. GREAT NORTHERN RAILWAY COMPANY.[1]

December 10, 1923.

No. 23,234.

**Case followed.**

Appeal from a judgment in favor of defendant, entered after an order of the district court for St. Louis county, Cant, J., sustaining defendant's demurrer to the amended complaint, had been affirmed on appeal. Affirmed.

*McCoy & Hansen*, for appellant.

*M. L. Countryman* and *Baldwin, Baldwin, Holmes & Mayall*, for respondent.

[1]Reported in 196 N. W. 280.

PER CURIAM.

This is an appeal by the plaintiff from a judgment of the St. Louis county district court entered in favor of the defendant and against the plaintiff in an action brought by the plaintiff to recover for personal injuries based upon the Federal Safety Appliance Act. The questions presented are those decided by this court on an appeal by the plaintiff from an order sustaining a general demurrer interposed by the defendant to plaintiff's complaint, which decision of this court is reported in 151 Minn. 157, 186 N. W. 389. Following the decision in that case, the judgment is affirmed.

Judgment affirmed.